# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|   |   |
|---|---|
| **Debtor:** | MA ELIZABETH ALVITE FLORENTINO |
| **Case Number:** | 2:09-bk-15123-SSC   **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 13, 2009 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY US BANK NATIONAL ASSOC.

**R / M #:**   12 / 0

## *Appearances:*

NONE

## *Proceedings:*

This matter comes before the Court on a "Motion for Relief from Stay"("Motion") filed on August 26, 2009 , by US BANK NATIONAL ASSOCIATION ("Movant"). The Court has reviewed the Motion and underlying exhibits and denies the Motion without prejudice for the following reason(s):

   x The Movant failed to provide a Declaration in support of its Motion

   Based upon the foregoing,

   IT IS ORDERED denying the Motion for Relief from the Automatic Stay without prejudice, and vacating the hearing scheduled on October 13, 2009 at 1:30 p.m..

   IT IS FURTHER ORDERED that the Movant must remedy all deficiencies, as indicated above, prior to setting any future hearings on this matter.